NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENERGY EAST CORPORATION,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5132

---

Appeal from the United States Court of Federal Claims in case no. 07-CV-812, Judge Mary Ellen Coster Williams.

---

**ON MOTION**

---

**ORDER**

Energy East Corporation moves for a 15-day extension of time, until November 2, 2010, within which to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

OCT 1 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Lawrence T. Kass, Esq.
    Francesca U. Tamami, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 8 2010

JAN HORBALY
CLERK